# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Riki M. Woodson,**                                      **Civil No. 07-4795 (JNE/JJG)**

    Petitioner,

v.                                                        **ORDER**

**Warden Rios,**

    Respondent.

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Mr. Woodson's motion for additional time (Doc. No. 4) is **DENIED.**

2. This litigation is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 4th day of August, 2008.

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge